[Nos. 23824–8–I; 23825–6–I.   Division One.   March 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
DEAN CLARK, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 86–1–03903–8, 87–1–03647–9, Frank L. Sullivan, J., entered February 17, 1989. *Remanded with*

1020

*instructions* by unpublished opinion per Baker, J., concurred in by Scholfield and Webster, JJ.